# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143785

PATRICK McCARTHY,
            Plaintiff-Appellant,

v

SC: 143785
COA: 300921
Oakland CC: 2006-079432-NO

ALISON SCOFIELD, DEPARTMENT OF
HUMAN SERVICES, ANDREA DEAN,
OAKLAND COUNTY PROSECUTOR, AMY
ALLEN, OAKLAND COUNTY CARE HOUSE,
CAROLE BOYD, OAKLAND COUNTY FRIEND
OF THE COURT, THOMAS CALLAHAN, and
MILFORD POLICE DEPARTMENT,
            Defendants-Appellees.
_____/

On order of the Court, the application for leave to appeal the July 12, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. On the Court's own motion, we ORDER plaintiff Patrick McCarthy to pay $500 to the Clerk of this Court within 28 days of the date of this order, pursuant to MCR 7.316(D). In Docket Nos. 141439-40 and 141442-43, by orders of September 9, 2010, the plaintiff was ordered to pay $250 "based on the plaintiff's inflammatory and unsubstantiated accusations regarding the conduct of the defendants and the Court of Appeals." In this application for leave to appeal, the plaintiff persists in making inflammatory and unsubstantiated accusations against those involved in this litigation. We therefore again impose sanctions. We direct the Clerk of this Court not to accept any further filings from Mr. McCarthy in any non-criminal matter until he has made the payment required by this order.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2012

Clerk

d0328